UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:11-CR-38 |
| | ) | |
| DEJUAN ANTOINE WILLIAMS | ) | |

**O R D E R**

On May 22, 2012, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Counts One

and Two of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in

Counts One and Two of the Indictment; and (c) Defendant shall remain in custody pending

sentencing in this matter (Doc. 16).   Neither party filed an objection within the given fourteen

days.   After reviewing the record, the Court agrees with the magistrate judge's report and

recommendation.   Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One and Two of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and

Two of the Indictment; and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday,**

**September 10, 2012, at 9:00 am.**

**SO ORDERED.**

**ENTER:**

_____*s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE